# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES ex rel.,  )
DARLENE WILLIS,  )
  )
    Plaintiff,  )
  )
  )   Case No. CV411-141
  )
STATE OF GEORGIA ex rel.  )
DARLENE WILLIS,  )
  )
v.  )
  )
UNIVERSAL HEALTH SERVICES,  )
INC., and COASTAL HARBOR  )
HEALTH SYSTEMS,  )
  )
  )
    Defendants.  )

## ORDER

After this Court granted the United States repeated extensions of time to consider intervening in this False Claims Act case, it declined to intervene on August 30, 2014. Doc. 30. On December 16, 2014, the Court unsealed the Complaint and directed that it be served upon the defendants. Doc. 31 at 1 (ordering that "[t]he complaint be unsealed and served upon the defendants by the relator"). Now over four months later, no further action has been taken in this case. Accordingly, the

Court **DIRECTS** the plaintiff to show cause, within 14 days after the date this Order is served, why this case not be **DISMISSED** without prejudice under Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order).

**SO ORDERED,** this 28TH day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA