IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES ex rel., DARLENE )
WILLIS; and STATE OF GEORGIA ex )
rel., DARLENE WILLIS; )
)
Plaintiffs, )
)
v. ) CASE NO. CV411-141
)
UNIVERSAL HEALTH SERVICES INC., )
and COASTAL HARBOR HEALTH )
SYSTEMS, )
)
Defendants. )
)

## ORDER

Before the Court is Plaintiff-Relator Darlene Willis's Notice of Voluntary Dismissal. (Doc. 34.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff[1] may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff-Relator's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6th day of May 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The United States declined to intervene in this case. (Doc. 30.)